STATE OF NEW JERSEY v. EAMON DALY.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS BRELSFORD.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. VERNON YORK.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. HENRY FALLS.

June 7, 1988.

Petition for certification denied.